Stone *vs.* Richardson.

## STONE *vs.* RICHARDSON.

A traverse of a sheriff's return made at the first term may be amended at a subsequent term by making the sheriff a party.   59 *Ga.*, 461 ; 68 *Id.*, 215.

Judgment affirmed.

December 22, 1885.

JACKSON, Chief Justice.

[Suit was brought to the April term, 1884, of Whitfield superior court. The sheriff made a return of service by leaving a copy at the most notorious place of abode of the defendant. At the appearance term, the defendant filed a traverse of the entry, but the sheriff was not made a party. At the next term, when the case was called, counsel for the plaintiff moved to strike the traverse on that ground. Before any decision was made, the court allowed the sheriff to be made a party. At the next term, the motion to strike was renewed and overruled, and the traverse being submitted to the judge without a jury, he sustained it, and the plaintiff excepted.]